IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 99-cv-02441-WDM-BNB

MATTHEW J. ANTOINE,

      Plaintiff,

v.

YELLOW FREIGHT SYSTEM, INC., an Indiana corporation,

      Defendant.

_____

## MINUTE ORDER
_____

The following Minute Order is entered by Judge Walker D. Miller:

In accordance with the stipulation filed May 8, 2006, all pending motions are deemed moot.

Dated:  May 8, 2006

                                s/ Jane Trexler, Secretary/Deputy Clerk